McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-mj-00101 |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |
| v. | |
| GABRIEL HUERTA and NATALIE CORRAL | |
| Defendants. | |

**BACKGROUND**

Defendants Huerta and Corral made an initial appearance on June 29, 2018 pursuant to a summons issued in conjunction with a Criminal Complaint. On that date, the United States provided initial, voluntary discovery to the counsel for defendant. The parties are exploring whether a potential pre-indictment resolution is desirable.

This matter is currently scheduled for a preliminary hearing on **July 20, 2018**, which is Federal Rule of Criminal Procedure 5.1(d) provides that the time limits relating to preliminary hearings may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the extension, as defense counsel require time to review discovery and because a potential pre-indictment resolution would represent an efficient resolution of the matter. The parties request that a preliminary hearing be re-set for **August 16, 2018**.

1

The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b), which requires an indictment within 30 days of a defendant's arrest or service of a summons, for defense preparation, plea negotiation, and continuity of counsel.

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **July 20, 2018** be continued to **August 16, 2018**. The parties agree to exclude time under the Speedy Trial Act from July 20, 2018 to August 16, 2018, because the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT

United States Attorney

DATED: July 17, 2018    By:    /s/ Michael G. Tierney

Michael G. Tierney
Assistant United States Attorney

DATED: July 17, 2018    By:    /s/ Anthony P. Capozzi

Anthony P. Capozzi
Attorney for defendants Gabriel
Huerta and Natalie Corral

# **O R D E R**

The preliminary hearing currently set for **July 20, 2018** is continued to **August 16, 2018**. The period from July 20, 2018 to August 16, 2018 shall be excluded under the Speedy Trial Act. The Court finds that he interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated: **July 19, 2018**

UNITED STATES MAGISTRATE JUDGE