McGREGOR W. SCOTT
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 559-4000
Facsimile: (559) 559-4099

Attorneys for the
 United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>GABRIEL HUERTA<br>and<br>NATALIE CORRAL<br><br>    Defendants. | CASE NO. 1:18-mj-00101<br><br>STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING |

## **BACKGROUND**

Defendants Huerta and Corral made an initial appearance on June 29, 2018 pursuant to a summons issued in conjunction with a Criminal Complaint. On that date, the United States provided initial, voluntary discovery to the counsel for defendant. The parties are exploring whether a potential pre-indictment resolution is desirable, and the parties have made significant progress in that direction. However, the parties are requesting some additional time to finalize resolution or proceed forward.

This matter is currently scheduled for a preliminary hearing on **November 26, 2018**. Federal Rule of Criminal Procedure 5.1(c) requires that preliminary hearing occur within twenty-one days, but Rule 5.1(d) also provides that the time limits may be extended "one or more times" with the defendant's consent and a showing of good cause. Here, the parties agree that there is good cause for the further extension, as the parties have agreed on the basic terms of

1

a pre-indictment resolution. A draft plea agreement and associated documents is currently undergoing final approval with the United States Attorney's Office and the government anticipates it will be transmitted to the defendants on or about November 26, 2018, the current date of the preliminary hearing. Should the parties reach final agreement on the terms of a pre-indictment resolution, they will seek an appearance before a district court. The parties therefore request that a preliminary hearing be re-set for **January 22, 2019**.

The parties also agree that time should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b), which requires an indictment within 30 days of a defendant's arrest or service of a summons, for defense preparation, plea negotiation, and continuity of counsel.

## **STIPULATION AND [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that the preliminary hearing currently set for **November 26, 2018** be continued to **January 22, 2019**. The parties agree to exclude time under the Speedy Trial Act from November 26, 2018 to January 22, 2019, because the interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

Respectfully submitted,

McGREGOR W. SCOTT

United States Attorney

DATED: November 21, 2018      By:   /s/ Michael G. Tierney
                                    Michael G. Tierney
                                    Assistant United States Attorney

DATED: November 21, 2018      By:   /s/ Anthony P. Capozzi
                                    Anthony P. Capozzi
                                    Attorney for defendants Gabriel
                                    Huerta and Natalie Corral

**O R D E R**

IT IS SO ORDERED that the preliminary hearing currently set for November 26, 2018 is continued to January 22, 2019 at 2:00 p.m. before Magistrate Judger Sheila K. Oberto. The period from November 26, 2018 to January 22, 2019 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b). The Court finds that he interest of the public and of the defendant in a public indictment and trial are outweighed by the need for defense preparation, plea negotiation, and continuity of counsel.

IT IS SO ORDERED.

Dated: **November 21, 2018**           /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE